# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

DONALD FORET, JR.

VERSUS

NEIL J. DAIGLE

NO. 2019 CA 0072

MAY 2 9 2019

---

In Re:    Donald Foret, Jr., applying for rehearing, 23rd Judicial District Court, Parish of Assumption, No. 36487.

---

**BEFORE:    WHIPPLE, C.J., McCLENDON AND HIGGINBOTHAM, JJ.**

**APPLICATION FOR REHEARING GRANTED.** The appeal hereby is reinstated. New briefing delays are to be set by the Clerk's office. See **Hehn v. Hehn,** 2003-1419 (La. App. 1st Cir. 5/6/05), 915 So.2d 839.

**VGW**
**PMc**
**TMH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT